UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7691

JAMES CALVIN ROTHWELL,

Plaintiff - Appellant,

versus

CARROLL A. CAMPBELL, Governor, State of South
Carolina; PARKER EVATT, Commissioner, South
Carolina Department of Corrections; GENE
BAKER; TONY ELLIS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. C. Weston Houck, Chief District
Judge. (CA-93-2194-2-2AJ)

Submitted: April 15, 1996      Decided: April 25, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

James Calvin Rothwell, Appellant Pro Se. John Gregg McMaster, Jr.,
TOMPKINS & MCMASTER, Columbia, South Carolina; Robert Eric Peter-
sen, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Rothwell v. Campbell, No. CA-93-2194-2-2AJ (D.S.C. Oct. 3, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED